FILED

NOV 25 2014

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| FINANCIAL PACIFIC INSURANCE COMPANY,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL FINANCIAL SERVICES, et al.,<br><br>　　　　　　　　　Defendants. | CV 12-138-BLG-SEH<br><br>ORDER |

On October 20, 2014, Joseph V. Womack, Esq., Special Master, filed his Recommendation to Court to Approve Settlement Agreement and Order Clerk of Court to Distribute Funds ("Recommendation").[1] The Recommendation is accompanied by a separate Stipulation and Agreement for Disbursement of Funds[2] executed on behalf of Plaintiff and Defendants GMAC Financial, n/k/a Ally Financial, Inc., and Nuvell Financial Services; Wachovia Dealer Services, n/k/a Wells Fargo Bank, NA, and Wells Fargo Auto Finance, n/k/a Wells Fargo Bank, NA; Little Horn State Bank; Hyundai Motor Finance Company; Americredit

---

[1] Doc. 240.

[2] Doc. 241.

Financial Services, Whitney Jagelski and David Walters, through counsel, and *Pro Se* Defendants Marty Andres, Wendy Andres, Peggy Sorrell and Doreen Bagola, and by the United States on behalf of certain persons identified as "Individual Claimants."

On October 21, 2014, the Court ordered[3] that all parties appearing and of record have to and including November 14, 2014, to file objections to the Stipulation and Agreement for Disbursement of Funds.[4] No objections have been filed.

ORDERED:

1. Upon full review of the Special Master's Recommendation to Court to Approve Settlement Agreement and Order Clerk of Court to Distribute Funds[5], and of the separate Stipulation and Agreement for Disbursement of Funds[6], in accordance with F. R. Civ. P. 53(f), the Court accepts the Special Master's Recommendation to Court to Approve Settlement Agreement and Order Clerk of

---

[3] Doc. 244.

[4] Doc. 241.

[5] Doc. 240.

[6] Doc. 241.

Court to Distribute Funds and approves the Stipulation and Agreement for Disbursement of Funds.

2. Each of the parties to the Stipulation and Agreement for Disbursement of Funds[7] and the Clerk of Court shall immediately undertake and carry out all steps necessary and appropriate to carry out and complete all duties and responsibilities as required and provided by the terms and conditions of the Stipulation and Agreement for Disbursement of Funds.[8]

3. Upon completion of the tasks specified in paragraph 2 above and the filing of the Special Master's final report as provided in paragraph 24 of the Stipulation and Agreement for Disbursement of Funds[9], the Special Master shall notify the Court and request that the case be dismissed as fully resolved on the merits.

DATED this 25th day of November, 2014.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[7] Doc. 241.

[8] Doc. 241.

[9] Doc. 241